**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOSE MONSERRATE OQUENDO-OSORIO,

    Plaintiff,

v.                                        Case No. 11-12225

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                          /

**ORDER DENYING REQUEST TO PROCEED WITHOUT LOCAL COUNSEL AND
SETTING DEADLINE FOR PLAINTIFF TO OBTAIN LOCAL COUNSEL**

Plaintiff filed a complaint in the above-captioned matter on May 22, 2011. On the same day, Plaintiff applied to the court for a waiver of the local counsel requirement set forth by Eastern District of Michigan Local Rule 83.20(f). The Rule provides:

> Local Counsel. Any member of the bar of this court who is not an active member of the State Bar of Michigan must not appear as attorney of record in any case without specifying on the record, as local counsel, a member of the bar of this court having an office within the district upon whom service of all papers may be made. Such local counsel must enter an appearance in the case and must have both the authority and responsibility for the conduct of the case should out-of-town counsel not respond to any order of the court for appearance or otherwise. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

In the request, Plaintiff's counsel advises that he has briefed more than one thousand disability cases. He adds that he "was retained due to the difficulty in finding competent counsel who will take this type of work."

The court is aware of numerous attorneys who are admitted to practice in the State of Michigan and have offices within the district who are ready and able to litigate social security cases. The court finds Plaintiff's assertion to the contrary not credible.

As Plaintiff has not presented the extraordinary circumstances under which relief from Rule 83.20(f) should be granted, Plaintiff's request will be denied. Accordingly,

IT IS ORDERED that Plaintiff's request to proceed without local counsel [Dkt. # 2] is DENIED.

IT IS FURTHER ORDERED that Plaintiff is DIRECTED to obtain local counsel by **June 6, 2011**.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: May 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2011, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522