IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| JOSE MONSERRATE OQUENDO-OSORIO, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-12225-RHC-MKM ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, this 11th day of January 2012, having considered Plaintiff's Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $5,695.00 and costs in the amount of $350.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.

BY THE COURT:

JAN 1 1 2012

_____
J.